Loan Number: 532017

# NOTE

MAY 1, 2017        BEVERLY HILLS        CALIFORNIA
[Date]        [City]        [State]

14725 MARLIN PLACE, VAN NUYS, CALIFORNIA 91405
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 165,000.00   (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is   LDI VENTURES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

I also agree to do all things required in the Security Instrument (defined below) to protect the Property. If you incur an expense because I do not fulfill all obligations under this Note or under the Security Instrument, I promise to pay those expenses under this Note.

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of    13.990   %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the   1st   day of each month beginning on    JULY 1, 2017   . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on   DECEMBER 1, 2017  , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at   1010 W. MAGNOLIA BLVD, BURBANK, CALIFORNIA 91506
  or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments ** See attached Interest Only Note Addendum.
My monthly payment will be in the amount of U.S. $   1,923.63   .

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

---

MULTISTATE FIXED RATE NOTE
SECOND LIEN
USSEC.NOT  03/02/17

DocMagic eForms
www.docmagic.com



## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of     10    calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 10.000% of my overdue payment

I will pay this late charge promptly but only once on each late payment.

### (B) Notice from Note Holder

If I do not pay the full amount of each monthly payment on time, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, I will be in default. That date must be at least 10 days after the date on which the notice is mailed to me, or, if it is not mailed, 10 days after the date on which it is delivered to me.

### (C) Default

If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default. If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (D) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

MULTISTATE FIXED RATE NOTE
SECOND LIEN
USSEC.NOT 03/02/17

Page 2 of 4

DocMagic eForms
www.docmagic.com

### 9. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

MULTISTATE FIXED RATE NOTE
SECOND LIEN
USSEC.NOT 03/02/17

Page 3 of 4

DocMagic eForms
www.docmagic.com

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)  
NAZARET KECHEJIAN            -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

Loan Originator: KIRILL KIZYUK, NMLSR ID 396123  
Loan Originator Organization: PRIME CAPITAL GROUP INC, NMLSR ID 964619

*[Sign Original Only]*

MULTISTATE FIXED RATE NOTE  
SECOND LIEN  
USSEC.NOT  03/02/17                    Page 4 of 4

DocMagic eForms  
www.docmagic.com

Loan Number: 532017

# INTEREST-ONLY ADDENDUM
# TO FIXED RATE NOTE
## (Second Lien)

Property Address:   14725 MARLIN PLACE
VAN NUYS, CALIFORNIA 91405

THIS INTEREST-ONLY ADDENDUM ("ADDENDUM") is made this   1st   day of MAY, 2017   and is incorporated into and intended to form a part of the fixed rate Note (the "Note") dated the same date as this Addendum executed by the undersigned and payable to   LDI VENTURES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY   (the "Lender").

**THIS ADDENDUM** supersedes and replaces Sections 3, 4(A), and 6 of the Note. This Addendum does not supersede, replace or revise any other Section of the Note.

### 3. PAYMENTS
(A)  **Time and Place of Payments**

I will make a payment every month. This payment will be for interest only for the first   5   months (the "Interest Only Period"), and then will consist of principal and interest.

I will make my monthly payment on the   1st day of each month beginning on   JULY 1, 2017  . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date, and if the payment includes both principal and interest, it will be applied to interest before Principal. If, on DECEMBER 1, 2017  , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at   1010 W. MAGNOLIA BLVD, BURBANK, CALIFORNIA 91506

or at a different place if required by the Note Holder.

(B)  **Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $ 1,923.63   for the first   5   months of this Note, and thereafter will be in the amount of U.S. $ 166,923.63  . The Note Holder will notify me prior to the date of change in monthly payment.

### 4. BORROWER'S FAILURE TO PAY AS REQUIRED
(A)  **Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of   10   calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be   10.000 % of my overdue payment of interest during the Interest Only Period. At the end of the Interest Only Period, the amount of the late charge will be   10.000% of my overdue payment

I will pay this late charge promptly but only once on each late payment.

INTEREST ONLY ADDENDUM TO FIXED RATE NOTE (Second Lien)
©2006 DOCMAGIC, INC.
7/17/06
Page 1 of 2
DocMagic eForms
www.docmagic.com

## 6. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date of my monthly payment unless the Note Holder agrees in writing to those changes.

If the partial Prepayment is made during the Interest Only Period, the amount of the monthly payment will decrease for the remainder of the term when my payments consist only of interest as well as during the time that my payments consist of principal and interest. If the partial Prepayment is made during the period when my payments consist of principal and interest, the amount of my monthly payment will not decrease; however, the principal and the interest required under this Note will be paid prior to the Maturity Date.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Interest Only Addendum to the Fixed Rate Note.

_____  5/4/17   _____
Borrower NAZARET KECHEJIAN     Date     Borrower                Date

_____           _____
Borrower                       Date     Borrower                Date

_____           _____
Borrower                       Date     Borrower                Date

INTEREST ONLY ADDENDUM TO FIXED RATE NOTE (Second Lien)
©2006 DOCMAGIC, INC.
7/17/06                          Page 2 of 2

DocMagic eForms
www.docmagic.com

Loan Number: 532017

# RIDER TO THE NOTE

Date of Loan: MAY 1, 2017

Lender: LDI VENTURES, LLC

Borrower: NAZARET KECHEJIAN

THE BORROWER AND LENDER AGREE THAT IT WOULD BE IMPRACTICAL OR EXTREMELY DIFFICULT TO FIX LENDERS ACTUAL DAMAGES IN THE EVENT THAT BORROWER FAILS TO PERFORM OR VIOLATES, OR DOES NOT KEEP ANY OF THE COVENANTS AND AGREEMENTS CONTAINED IN THIS SECURITY INSTRUMENT OR THE NOTE THAT IT SECURES. THEREFORE, BORROWER AGREES THAT IN THE EVENT THAT BORROWER BREACHES OR IS DELINQUENT ON ANY OF THE COVENANTS AND AGREEMENTS CONTAINED IN THIS NOTE OR THE SECURITY INSTRUMENT THAT SECURES IT, BORROWER WILL BE IN DEFAULT AND THAT ANY TIME THAT BORROWER IS IN DEFAULT, THE INTEREST RATE SHALL BE INCREASED BY       TEN AND 000/1000        (      10.000   %) PER ANNUM ABOVE THE INTEREST RATE CONTRACTED FOR ON THE PRINCIPLE. THIS     10.000  % INCREASE SHALL BE ADDITIONAL CONSIDERATION AND SHALL BE CALLED THE DEFAULT RATE. SUCH DEFAULT RATE OF INTEREST SHALL CONTINUE UNTIL THE NOTE IS PAID IN FULL OR UNTIL ALL DEFAULTS, BREACHES, ETC, HAVE BEEN CURED IN FULL AND NO OTHER DEFAULT EXISTS.

_____ (Seal)  
NAZARET KECHEJIAN        -Borrower

_____ (Seal)  
                         -Borrower

_____ (Seal)  
                         -Borrower

_____ (Seal)  
                         -Borrower

_____ (Seal)  
                         -Borrower

_____ (Seal)  
                         -Borrower

RIDER TO THE NOTE  
RTN.MSC 05/16/12

DocMagic eForms  
www.docmagic.com